## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR13-484-CAS | | Date | September 9, 2013 |
|---|---|---|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | | | |
| Interpreter | N/A | | | |

| Catherine M. Jeang | Laura Elias | Martin Estrada / Mark Childs / Jennifer Williams |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) JOSE RODRIGUEZ-LANDA | X | X | | 1) CARLO SPIGA | X | | X |
| 2) MICHAEL MORENO | X | X | | 2) PATRICK SMITH | X | X | |
| 3) FRED ANTHONY MONTOYA | X | X | | 3) PATRICK MCLAUGHLIN | X | X | |
| 4) FREDDIE MONTES, AKA FREDERICO MONTES | X | X | | 4) ANDREW FLIER | X | | X |
| 5) LUIS GERARDO VEGA | X | X | | 5) IVAN KLEIN | X | X | |
| 6) MANUEL LARRY JACKSON | X | X | | 6) JEROME HAIG | X | X | |
| 7) JIMMY RUBEN SOTO | X | X | | 7) ANGEL NAVARRO | X | X | |
| 8) RAYMOND LOZANO | X | X | | 8) GEORGE BUEHLER | X | X | |
| 10) SONIA APODACA | X | X | | 10) RICHARD CALLAHAN, JR. | X | X | |
| 11) CLAUDIA GARCIA | X | | X | 11) JAMES BISNOW | X | X | |
| 12) ADAM RIOS | X | | X | 12) TIMOTHY NILAN | X | | X |
| 13) OMAR HUGO ROBLES | X | X | | 13) PETER JOHNSON | X | X | |

**Proceedings:**   STATUS CONFERENCE

Hearing held and counsel are present. The Court confers with counsel. Counsel present the Court with a Stipulation re: Excludable Time and Proposed Order, which the Court approves, continuing the dates and briefing, as follows:

Dispositive Motions Cut-Off: <u>June 23, 2014</u>;
Oppositions re: Dispositive Motions Cut-Off: <u>July 11, 2014</u>;
Replies re: Dispositive Motions Cut-Off: <u>July 18, 2014</u>;
Hearing on Dispositive Motions (**1:00 P.M.**): <u>**August 4, 2014**</u>;

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Motions In Limine Cut-Off: <u>August 11, 2014</u>;
Oppositions re: Motions In Limine: <u>August 18, 2014</u>;
Final Status Conference/Motions in Limine Hearing **(1:00 P.M.)**: <u>September 8, 2014</u>; and Jury Trial **(9:30 A.M.)**: <u>September 30, 2014</u>.

The Court takes each defendant's oral waiver of his/her speedy trial rights, as stated in Court and on the record.

To the extent that the incarcerated defendants cannot access discovery with their counsel, the Court recommends those defendants be housed at some facility where they can review discovery with their counsel.

|  | 00 | : | 19 |
|---|---|---|---|
|  | Initials of Deputy Clerk | | CMJ |

cc: Pretrial Services
    U.S. Marshal