UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

HONORABLE CARLA WOEHRLE

UNITED STATES MAGISTRATE JUDGE PRESIDING

- - -

```
UNITED STATES OF AMERICA,          )
                                   )
                 PLAINTIFF,        )
                                   )
VS.                                ) CR13-484-CAS
                                   )
RODRIGUEZ-LANDA, ET AL.,           )
                                   )
                 DEFENDANTS.       )
_____)
```

REPORTER'S **PARTIAL** TRANSCRIPT OF PROCEEDINGS

LOS ANGELES, CALIFORNIA

TUESDAY, AUGUST 6, 2013, 2:00 PM

_____

ALEXANDER T. JOKO, CSR NO. 12272
FEDERAL OFFICIAL COURT REPORTER
255 EAST TEMPLE STREET, ROOM 181-F
LOS ANGELES, CA 90012
AJ_CSR@YAHOO.COM

1    **APPEARANCES OF COUNSEL:**

2

3    FOR PLAINTIFF:      JENNIFER LEIGH WILLIAMS
                        AUSA - OFFICE OF US ATTORNEY
                        CRIMINAL DIVISION - US COURTHOUSE
4                       312 NORTH SPRING STREET
                        14TH FLOOR
5                       LOS ANGELES, CA 90012-4700

6

                        J. MARK CHILDS
7                       AUSA - OFFICE OF US ATTORNEY
                        CRIMINAL DIVISION - US COURTHOUSE
8                       312 NORTH SPRING STREET
                        SUITE 1400
9                       LOS ANGELES, CA 90012-4700

10

11   FOR DEFENDANT MONTES:

12                      JAMES S. BISNOW
                        JAMES S BISNOW LAW OFFICES
13                      427 SOUTH MARENGO AVENUE
                        SUITE 6
14                      PASADENA, CA 91101

15

16   FOR DEFENDANT ROBLES:

17                      PETER JOHNSON
                        LAW OFFICE OF PETER JOHNSON
                        409 NORTH PACIFIC COAST HIGHWAY
18                      SUITE 651
                        REDONDO BEACH, CA 90277
19

20

21

22

23

24

25

```
 1              LOS ANGELES, CALIFORNIA; TUESDAY, AUGUST 6, 2013

 2                              2:00 PM

 3                          -  -  -  -  -

 4

 5

 6          (THE FOLLOWING PROCEEDINGS WERE HELD IN

 7       OPEN COURT:)

 8              THE COURT:  BEFORE I CALL THE CALENDAR, I'LL

 9   ADVISE THE DEFENDANTS PRESENT OF THEIR RIGHTS IN

10   CONNECTION WITH THESE PROCEEDINGS.

11                  AND DO WE HAVE THE ASSISTANCE OF THE

12   INTERPRETER?

13                  NO INTERPRETER?  OKAY.

14                  YOU ARE HERE BECAUSE YOU ARE CHARGED WITH

15   A CRIMINAL OFFENSE AGAINST THE UNITED STATES.  SINCE

16   YOU ARE CHARGED IN THIS DISTRICT, YOU HAVE RECEIVED OR

17   WILL RECEIVE A COPY OF THE CHARGING DOCUMENT.

18                  YOU HAVE THE FOLLOWING CONSTITUTIONAL AND

19   STATUTORY RIGHTS, PLEASE LISTEN CAREFULLY:  YOU HAVE

20   THE RIGHT TO RETAIN AND BE REPRESENTED BY AN ATTORNEY

21   OF YOUR CHOOSING AT EACH AND EVERY STAGE OF THE

22   PROCEEDINGS.

23                  IF YOU CANNOT AFFORD AN ATTORNEY, YOU

24   HAVE THE RIGHT TO REQUEST THAT THE COURT APPOINT

25   COUNSEL TO REPRESENT YOU.  ANY APPOINTED ATTORNEY WILL
```

1    BE PAID FOR BY THE COURT AT NO COST TO YOU.  YOU MUST,

2    HOWEVER, SUBMIT A FINANCIAL AFFIDAVIT FOR APPROVAL OF

3    THE COURT BEFORE COUNSEL WILL BE APPOINTED.  IF YOU

4    MAKE ANY FALSE OR MISLEADING STATEMENTS IN THAT

5    AFFIDAVIT OR WILLFULLY OMIT PERTINENT INFORMATION, YOU

6    WILL BE SUBJECT TO FURTHER PROSECUTION FOR VIOLATING

7    FEDERAL LAW.

8              YOU HAVE A PRIVILEGE AGAINST

9    SELF-INCRIMINATION.  THIS MEANS THAT YOU HAVE A RIGHT

10   TO REMAIN SILENT.  ANYTHING YOU SAY, SIGN OR WRITE

11   WHICH TENDS TO INCRIMINATE YOU MAY BE INTRODUCED

12   AGAINST YOU IN THIS OR IN ANY OTHER COURT PROCEEDING.

13   YOU MAY REFUSE TO MAKE ANY SUCH STATEMENTS.  A PLEA OF

14   GUILTY WILL INVOLVE A WAIVER OF YOUR PRIVILEGE AGAINST

15   SELF-INCRIMINATION.

16             YOU HAVE A RIGHT TO HAVE BAIL DETERMINED

17   IN ACCORDANCE WITH THE BAIL REFORM ACT OF 1984.

18             IF THE GOVERNMENT SEEKS TO DETAIN YOU IN

19   CUSTODY, YOU HAVE THE RIGHT TO A HEARING AT TODAY'S

20   FIRST APPEARANCE OR WITHIN THREE TO FIVE COURT DAYS OF

21   TODAY'S APPEARANCE IF A CONTINUANCE IS REQUESTED AND

22   GRANTED.

23             AND IN THE EVENT YOU ARE DETAINED IN

24   CUSTODY, YOU HAVE A RIGHT, UPON APPLICATION OF YOUR

25   COUNSEL, TO HAVE THE MATTER REVIEWED BY THE CRIMINAL

```
1    DUTY JUDGE OR OTHER DISTRICT COURT JUDGE WHO MAY BE

2    ASSIGNED.  YOU HAVE A RIGHT TO BE PRESENT AT ALL

3    SUBSEQUENT HEARINGS WHERE FURTHER ARGUMENT OR EVIDENCE

4    WILL BE PRESENTED REGARDING YOUR DETENTION OR

5    CONDITIONS OF YOUR RELEASE.

6              SINCE YOU ARE CHARGED HERE IN AN

7    INDICTMENT FILED IN THIS DISTRICT, YOU ARE FURTHER

8    ADVISED THIS AFTERNOON OF THE FOLLOWING RIGHTS:

9              YOU ARE ENTITLED TO A SPEEDY AND PUBLIC

10   TRIAL BY JURY OR BY A JUDGE ALONE IF A JURY IS WAIVED

11   BY YOU AND BY COUNSEL FOR THE GOVERNMENT.

12             YOU HAVE A RIGHT TO BE PERSONALLY PRESENT

13   AT THIS INITIAL APPEARANCE AND ALL PROCEEDINGS WHICH

14   MAY FOLLOW, INCLUDING, WITHOUT LIMITATION, THE TIME OF

15   THE PLEA, EVERY STAGE OF THE TRIAL, INCLUDING

16   IMPANELMENT OF THE JURY AND THE RETURN OF A VERDICT.

17   BUT YOU ARE WARNED THAT YOU MAY BE TRIED AND/OR

18   SENTENCED IN YOUR ABSENCE IF YOU DELIBERATELY ABSENT

19   YOURSELF WITHOUT CAUSE.

20             YOU ARE ENTITLED TO SEE AND HEAR THE

21   EVIDENCE AND WITNESSES AGAINST YOU AND CROSS-EXAMINE

22   THOSE WITNESSES.

23             YOU ARE ENTITLED TO SUBPOENA WITNESSES

24   AND COMPEL THE PRODUCTION OF OTHER EVIDENCE ON YOUR OWN

25   BEHALF.  AND THIS WILL ALL BE WITHOUT COST TO YOU IF
```

```
1   YOU'RE INDIGENT.
2              IT IS NOT NECESSARY FOR YOU TO PROVE YOUR
3   INNOCENCE.  IT IS THE BURDEN OF THE GOVERNMENT TO PROVE
4   YOUR GUILT BEYOND A REASONABLE DOUBT.
5              TODAY YOUR CASE WILL BE ASSIGNED TO A
6   DISTRICT JUDGE OF THIS COURT.  AND A PARTICULAR JUDGE
7   FOR YOUR CASE HAS BEEN SELECTED BY LOT.  ALL MOTIONS
8   ARE RESERVED AND MUST BE MADE BEFORE THE DISTRICT JUDGE
9   TO WHOM THE CASE IS ASSIGNED.  AT TODAY'S ARRAIGNMENT,
10  A PLEA OF NOT GUILTY MAY BE TAKEN AND A TRIAL DATE MAY
11  BE SET.
12              (THE PROCEEDINGS CONTINUED, BUT ARE NOT
13              TRANSCRIBED HEREIN)
14              THE CLERK:  CALLING CASE NUMBER CR13-484-4,
15  THE UNITED STATES OF AMERICA VERSUS FREDDIE MONTES.
16              MS. WILLIAMS:  GOOD AFTERNOON, YOUR HONOR.
17  JENNIFER WILLIAMS FOR THE UNITED STATES.
18              MR. BISNOW:  GOOD AFTERNOON, YOUR HONOR.
19  JAMES BISNOW.  I'M STANDING IN FOR ANN FITZ WHO HAS
20  BEEN ASSIGNED THE CASE.
21              THE COURT:  OKAY.  THANK YOU.
22              IS "FREDDIE MONTES" YOUR TRUE NAME?
23              DEFENDANT MONTES:  YES.
24              THE COURT:  AND, MR. MONTES, DID YOU COMPLETE
25  A FINANCIAL AFFIDAVIT FOR APPOINTMENT OF COUNSEL?
```

```
 1              DEFENDANT MONTES:  AS BEST TO MY KNOWLEDGE.
 2              THE COURT:  DID YOU UNDERSTAND THE WARNING
 3    ABOUT NOT MAKING ANY FALSE STATEMENTS?
 4              DEFENDANT MONTES:  AS MUCH AS I KNOW.  YES,
 5    MA'AM.
 6              THE COURT:  THANK YOU.
 7               WELL, I'LL APPOINT COUNSEL TO REPRESENT
 8    YOU.
 9               HAVE YOU RECEIVED A COPY OF THE
10    INDICTMENT?
11              DEFENDANT MONTES:  YES, MA'AM.
12              THE COURT:  AND DO YOU WANT ME TO READ THE
13    CHARGE OUT IN COURT?
14              DEFENDANT MONTES:  NO.  I STARTED TO READ IT;
15    BUT, NO, I GUESS NOT.
16              THE COURT:  DO YOU UNDERSTAND THE CHARGE?
17              DEFENDANT MONTES:  SO FAR WHAT I'VE READ, YES,
18    MA'AM.
19              THE COURT:  AND THE GOVERNMENT IS SEEKING
20    DETENTION?
21              MS. WILLIAMS:  YES, YOUR HONOR.  THE
22    GOVERNMENT SEEKS DETENTION AND PROFFERS THE INDICTMENT,
23    THE PRETRIAL SERVICES REPORT AND ITS RECOMMENDATION OF
24    DETENTION.  AND, AGAIN, NOTES THAT THIS IS A
25    PRESUMPTION CASE.
```

```
 1            MR. BISNOW:  YOUR HONOR, WE WOULD BE ASKING TO

 2    PUT THIS OVER.  THERE'S A BROTHER WHO HAS INFORMATION,

 3    EDDIE MONTES.  AND WE AREN'T ABLE TO LOCATE HIM TODAY,

 4    BUT I BELIEVE THAT HE WILL BE ABLE TO PROVIDE SOME

 5    BENEFICIAL INFORMATION.

 6            MS. FITZ SAID THAT SHE'S AVAILABLE

 7    WEDNESDAY, THURSDAY OR MONDAY FOR A DETENTION HEARING.

 8            THE COURT:  OKAY.  I CAN ONLY DO ONE TOMORROW

 9    AFTERNOON BECAUSE I HAVE ANOTHER MATTER ON CALENDAR.

10            BUT THURSDAY MORNING AT 11:00?

11            MR. BISNOW:  THAT'S FINE, YOUR HONOR.  I'LL

12    TELL MS. FITZ.

13            MS. WILLIAMS:  YES, YOUR HONOR.

14            THE COURT:  OKAY.  THEN WE'LL CONTINUE THE

15    DETENTION HEARING TO THURSDAY MORNING AT 11:00.

16            AND WE CAN PROCEED WITH POST INDICTMENT

17    ARRAIGNMENT.

18            THE CLERK:  IS "FREDDIE MONTES" YOUR TRUE

19    NAME?

20            DEFENDANT MONTES:  YES, FREDDIE MONTES.

21            THE CLERK:  DID YOU HEAR AND UNDERSTAND THE

22    STATEMENTS OF THIS COURT PERTAINING TO YOUR RIGHTS AND

23    THE APPOINTMENT OF COUNSEL?

24            DEFENDANT MONTES:  YES.

25            THE CLERK:  DID YOU SEE AND SIGN A STATEMENT
```

```
1    OF YOUR RIGHTS?

2              DEFENDANT MONTES:  YES.

3              THE CLERK:  DID YOU RECEIVE A COPY OF THE

4    INDICTMENT?

5              DEFENDANT MONTES:  YES.

6              THE CLERK:  DO YOU UNDERSTAND THE SUBSTANCE OF

7    THE CHARGES PENDING AGAINST YOU?

8              DEFENDANT MONTES:  AS MUCH AS I'VE READ SO

9    FAR, YES.

10             THE COURT:  ALL RIGHT.  THIS CASE IS ASSIGNED

11   TO JUDGE SNYDER.  AND WE'LL TAKE A NOT GUILTY PLEA.

12             THE CLERK:  COUNSEL, HOW DOES THE DEFENDANT

13   INTEND TO PLEA?

14             MR. BISNOW:  HE INTENDS TO PLEAD NOT GUILTY.

15             THE CLERK:  MR. MONTES, HOW DO YOU PLEA TO THE

16   CHARGES CONTAINED IN THE INDICTMENT?

17             DEFENDANT MONTES:  NOT GUILTY.

18             THE CLERK:  THANK YOU.

19             THE COURT:  ALL RIGHT.  THE JURY TRIAL IS SET

20   FOR OCTOBER 1ST AT 9:30 AM, A STATUS CONFERENCE AND

21   MOTION HEARING FOR SEPTEMBER 9TH AT 1:30 P.M.  AND

22   THOSE ARE BEFORE JUDGE SNYDER IN COURTROOM 5, SECOND

23   FLOOR OF THE SPRING STREET COURTHOUSE.

24                  WE'LL TAKE A RECESS.

25             THE CLERK:  THE COURT IS IN RECESS.
```

1        **(RECESS)**

2            **(THE PRIOR PROCEEDINGS WERE HELD,**

3        **BUT ARE NOT TRANSCRIBED HEREIN)**

4        THE COURT:  I NEED TO READ THE RIGHTS TO THE

5    TWO DEFENDANTS WHO ARRIVED LATER.

6            ALL RIGHT.  I NEED TO ADVISE THE

7    DEFENDANTS HERE PRESENT OF YOUR CONSTITUTIONAL AND

8    STATUTORY RIGHTS IN CONNECTION WITH THESE PROCEEDINGS.

9            YOU ARE HERE BECAUSE YOU ARE CHARGED WITH

10   A CRIMINAL OFFENSE AGAINST THE UNITED STATES.  SINCE

11   YOU ARE CHARGED IN THIS DISTRICT, YOU HAVE RECEIVED OR

12   WILL RECEIVE A COPY OF THE CHARGING DOCUMENT, THE

13   INDICTMENT.

14           YOU HAVE THE FOLLOWING CONSTITUTIONAL AND

15   STATUTORY RIGHTS.  PLEASE LISTEN CAREFULLY:  YOU HAVE A

16   RIGHT TO RETAIN AND BE REPRESENTED BY AN ATTORNEY OF

17   YOUR CHOOSING AT EACH AND EVERY STAGE OF THE

18   PROCEEDINGS.

19           IF YOU CANNOT AFFORD COUNSEL, YOU HAVE A

20   RIGHT TO REQUEST THAT THE COURT APPOINT COUNSEL TO

21   REPRESENT YOU.  AND THE APPOINTED ATTORNEY WILL BE PAID

22   BY THE COURT AT NO COST TO YOU.  YOU MUST, HOWEVER,

23   SUBMIT A FINANCIAL AFFIDAVIT FOR APPROVAL OF THE COURT

24   BEFORE COUNSEL WILL BE APPOINTED.  IF YOU MAKE ANY

25   FALSE OR MISLEADING STATEMENTS IN THAT AFFIDAVIT OR

WILLFULLY OMIT PERTINENT INFORMATION, YOU WILL BE
SUBJECT TO FURTHER PROSECUTION FOR VIOLATING FEDERAL
LAW.

YOU HAVE A PRIVILEGE AGAINST
SELF-INCRIMINATION.  THIS MEANS THAT YOU HAVE A RIGHT
TO REMAIN SILENT.  ANYTHING YOU SAY, SIGN OR WRITE
WHICH TENDS TO INCRIMINATE YOU MAY BE INTRODUCED
AGAINST YOU IN THIS OR ANY OTHER COURT PROCEEDING.  YOU
MAY REFUSE TO MAKE ANY SUCH STATEMENTS.  A PLEA OF
GUILTY WILL INVOLVE A WAIVER OF YOUR PRIVILEGE AGAINST
SELF-INCRIMINATION.

YOU HAVE A RIGHT TO HAVE BAIL DETERMINED
IN ACCORDANCE WITH THE PROVISIONS OF THE BAIL REFORM
ACT OF 1984.

IF THE GOVERNMENT SEEKS TO DETAIN YOU IN
CUSTODY, YOU HAVE THE RIGHT TO A HEARING AT TODAY'S
FIRST APPEARANCE OR WITHIN THREE TO FIVE COURT DAYS OF
TODAY'S APPEARANCE IF A CONTINUANCE IS REQUESTED AND
GRANTED.

IN THE EVENT YOU ARE DETAINED IN CUSTODY,
YOU HAVE A RIGHT, UPON APPLICATION OF YOUR COUNSEL, TO
HAVE THE MATTER REVIEWED BY THE CRIMINAL DUTY JUDGE OR
OTHER DISTRICT COURT JUDGE WHO MAY BE ASSIGNED.  YOU
HAVE A RIGHT TO BE PRESENT AT ALL SUBSEQUENT HEARINGS
WHERE FURTHER ARGUMENT OR EVIDENCE WILL BE PRESENTED

1    REGARDING YOUR DETENTION OR REGARDING CONDITIONS OF

2    YOUR RELEASE.

3              SINCE YOU ARE CHARGED IN AN INDICTMENT

4    ORIGINATING IN THIS DISTRICT, YOU ARE FURTHER ADVISED

5    OF THE FOLLOWING RIGHTS:  YOU ARE ENTITLED TO A SPEEDY

6    AND PUBLIC TRIAL BY JURY OR BY A JUDGE ALONE IF JURY IS

7    WAIVED BY YOU AND BY COUNSEL FOR THE GOVERNMENT.

8              YOU HAVE A RIGHT TO BE PERSONALLY PRESENT

9    AT THIS INITIAL APPEARANCE AND ALL PROCEEDINGS WHICH

10   MAY FOLLOW, INCLUDING, WITHOUT LIMITATION, THE TIME OF

11   THE PLEA, EVERY STAGE OF THE TRIAL, INCLUDING

12   IMPANELMENT OF THE JURY AND RETURN OF THE VERDICT.  YOU

13   ARE WARNED THAT YOU MAY BE TRIED AND/OR SENTENCED IN

14   ABSENTIA - THAT IS, WITHOUT YOU BEING PRESENT - IF YOU

15   DELIBERATELY ABSENT YOURSELF WITHOUT CAUSE.  YOU ARE

16   ENTITLED TO SEE AND HEAR THE EVIDENCE AND WITNESSES

17   AGAINST YOU AND TO CROSS-EXAMINE THOSE WITNESSES.  YOU

18   ARE ENTITLED TO SUBPOENA WITNESSES AND COMPEL THE

19   PRODUCTION OF OTHER EVIDENCE ON YOUR OWN BEHALF.  THIS

20   IS ALL WITHOUT COST TO YOU IF YOU ARE INDIGENT.

21   HOWEVER, IT IS NOT NECESSARY FOR YOU TO PROVE YOUR

22   INNOCENCE.  IT IS THE BURDEN OF THE GOVERNMENT TO PROVE

23   YOUR GUILT BEYOND A REASONABLE DOUBT.

24              TODAY YOUR CASE WILL BE ASSIGNED TO A

25   DISTRICT JUDGE OF THIS COURT.  AND THE PARTICULAR JUDGE

```
1   FOR YOUR CASE HAS BEEN SELECTED BY LOT.

2              ALL MOTIONS ARE RESERVED AND MUST BE MADE

3   BEFORE THE DISTRICT JUDGE TO WHOM THE CASE IS ASSIGNED.

4              AT TODAY'S ARRAIGNMENT, A PLEA OF NOT

5   GUILTY MAY BE TAKEN AND A TRIAL DATE MAY BE SET.

6              (THE PROCEEDINGS CONTINUED, BUT ARE NOT

7         TRANSCRIBED HEREIN)

8         THE COURT:  GOOD AFTERNOON.

9         THE CLERK:  CALLING CASE NUMBER CR13-484-13,

10  UNITED STATES OF AMERICA VERSUS OMAR HUGO ROBLES.

11         MR. JOHNSON:  PETER JOHNSON ON BEHALF OF

12  MR. ROBLES WHO IS PRESENT AND SEEKING APPOINTMENT OF

13  COUNSEL.

14         MR. CHILDS:  GOOD AFTERNOON, YOUR HONOR.  MARK

15  CHILDS ON BEHALF OF THE UNITED STATES.

16         THE COURT:  GOOD AFTERNOON.

17              IS "OMAR HUGO ROBLES" YOUR TRUE NAME?

18         DEFENDANT ROBLES:  YES.

19         THE COURT:  MR. ROBLES, DID YOU COMPLETE A

20  FINANCIAL AFFIDAVIT?

21         DEFENDANT ROBLES:  YES.

22         THE COURT:  AND DID YOU UNDERSTAND THE WARNING

23  ABOUT NOT MAKING ANY FALSE STATEMENT?

24         DEFENDANT ROBLES:  YES.

25         THE COURT:  OKAY.  I'LL APPOINT COUNSEL TO
```

1    REPRESENT YOU.

2                    HAVE YOU RECEIVED A COPY OF THE

3    INDICTMENT?

4              DEFENDANT ROBLES:  YES.

5              THE COURT:  AND DO YOU WANT ME TO READ THE

6    CHARGE OUT IN COURT?

7              DEFENDANT ROBLES:  NO.

8              THE COURT:  DO YOU UNDERSTAND THE CHARGE?

9              DEFENDANT ROBLES:  YES.

10             THE COURT:  OKAY.  AND I UNDERSTAND THERE'S A

11   REQUEST FOR DETENTION.

12                   AND WE'RE GOING TO CONTINUE THE HEARING?

13             MR. JOHNSON:  YES, YOUR HONOR.

14             THE COURT:  OKAY.

15             MR. JOHNSON:  WE'D LIKE TO CONTINUE THE

16   HEARING UNTIL THURSDAY IN THE AFTERNOON.

17             THE COURT:  THAT SHOULD BE FINE.

18                   DOES THAT WORK FOR THE GOVERNMENT?

19             MR. CHILDS:  THAT'S FINE, YOUR HONOR.

20   ANYTIME.

21             THE COURT:  OKAY.  1:30?

22             MR. JOHNSON:  1:30 IS FINE, YOUR HONOR.

23             THE COURT:  OKAY.  THEN WE'LL CONTINUE THE

24   DETENTION HEARING TO THURSDAY AT 1:30.

25                   AND WE CAN DO POST INDICTMENT

```
1    ARRAIGNMENT.
2              THE CLERK:  IS "OMAR HUGO ROBLES" YOUR TRUE
3    NAME?
4              DEFENDANT ROBLES:  YES.
5              THE CLERK:  DID YOU HEAR AND UNDERSTAND THE
6    STATEMENTS OF THIS COURT PERTAINING TO YOUR RIGHTS AND
7    THE APPOINTMENT OF COUNSEL?
8              DEFENDANT ROBLES:  YES.
9              THE CLERK:  DID YOU SEE AND SIGN A STATEMENT
10   OF YOUR RIGHTS?
11             DEFENDANT ROBLES:  YES.
12             THE CLERK:  DID YOU RECEIVE A COPY OF THE
13   INDICTMENT?
14             DEFENDANT ROBLES:  YES.
15             THE CLERK:  DO YOU UNDERSTAND THE SUBSTANCE OF
16   THE CHARGES PENDING AGAINST YOU?
17             DEFENDANT ROBLES:  YES.
18             THE COURT:  OKAY.  THIS CASE IS ASSIGNED TO
19   JUDGE SNYDER.
20                  AND WE'LL TAKE A NOT GUILTY PLEA.
21             THE CLERK:  COUNSEL, HOW DOES THE DEFENDANT
22   INTEND TO PLEA?
23             MR. JOHNSON:  NOT GUILTY.
24             THE CLERK:  AND, MR. ROBLES, HOW DO YOU PLEAD
25   TO THE CHARGES CONTAINED IN THE INDICTMENT?
```

```
1              DEFENDANT ROBLES:  NOT GUILTY.

2              THE CLERK:  THANK YOU.

3              THE COURT:  THE JURY TRIAL IS SET FOR OCTOBER

4    1ST, 2013 AT 9:30 AM.

5                   A STATUS CONFERENCE AND MOTION HEARING IS

6    SET FOR SEPTEMBER 9TH, 2013 AT 1:30 P.M.

7                   JUDGE SNYDER IS LOCATED IN COURTROOM 5 ON

8    THE SECOND FLOOR OF THE SPRING STREET COURTHOUSE.

9              MR. JOHNSON:  THANK YOU, YOUR HONOR.

10                  I HAVE A QUESTION.  I WOULD ASK THAT

11   MR. ROBLES BE HOUSED, IF IT'S AT ALL POSSIBLE FOR A

12   RECOMMENDATION, AT MDC SO THAT WE CAN PREPARE FOR THE

13   DETENTION HEARING.

14             THE COURT:  I APPRECIATE THE DIFFICULTIES, BUT

15   I CAN'T RECOMMEND THAT WITH SO MANY OTHER -- THERE'S SO

16   MANY DEFENDANTS TODAY, THAT THERE'S JUST GOING TO HAVE

17   TO BE SOME ROOM FOR ADJUSTMENT.  SO I WON'T BE ABLE TO

18   ISSUE THAT ORDER TODAY.

19             MR. JOHNSON:  THANK YOU, YOUR HONOR.

20             THE COURT:  OKAY.

21             MR. CHILDS:  THANK YOU, YOUR HONOR.

22                  OH, PIA, YOUR HONOR?

23             THE COURT:  WE DID PIA.

24                  WE SET THE TRIAL?

25             THE CLERK:  YES.
```

1          THE COURT:  THANK YOU.

2               **(THE PROCEEDINGS CONTINUED, BUT ARE NOT**

3     **TRANSCRIBED HEREIN)**

**CERTIFICATE OF OFFICIAL REPORTER**

COUNTY OF LOS ANGELES          )
                               )
STATE OF CALIFORNIA            )

              I, ALEXANDER T. JOKO, FEDERAL OFFICIAL

COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT

COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY

CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED

STATES CODE, THAT THE FOREGOING IS A TRUE AND CORRECT

TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED PROCEEDINGS

HELD IN THE ABOVE-ENTITLED MATTER, AND THAT THE

TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE

REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED

STATES.

DATE:  OCTOBER 23, 2013


              /S/ ALEXANDER T. JOKO
              _____
              ALEXANDER T. JOKO, CSR NO. 12272
              FEDERAL OFFICIAL COURT REPORTER