NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
J. MARK CHILDS (Cal. Bar No. 162684)
CHRISTOPHER C. KENDALL (Cal. Bar No. 274365)
MICHAEL G. FREEDMAN (Cal Bar No. 281279)
Assistant United States Attorneys
OCDETF Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2433/2576/0631
    Facsimile: (213) 894-0142
    E-mail:  mark.childs@usdoj.gov
             christopher.kendall@usdoj.gov
             michael.freedman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 13-484-CAS |
|---|---|
| Plaintiff, | GOVERNMENT'S AMENDED PROPOSED JUROR QUESTIONNAIRE |
| v. | |
| JOSE RODRIGUEZ-LANDA, et al., | |
| Defendants. | |

        Plaintiff United States of America, by and through its counsel
of record, the United States Attorney for the Central District of
California and Assistant United States Attorneys J. Mark Childs,

//

//

//

//

//

//

1   Christopher C. Kendall, and Michael G. Freedman, hereby lodges its

2   amended proposed juror questionnaire.

3   Dated: February 6, 2019          Respectfully submitted,

4                                    NICOLA T. HANNA
                                     United States Attorney

5
                                     LAWRENCE S. MIDDLETON
6                                    Assistant United States Attorney
                                     Chief, Criminal Division
7

8

9                                    _____
                                     CHRISTOPHER C. KENDALL
10                                   Assistant United States Attorney

11                                   Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

CR 13-484-CAS

JUROR QUESTIONNAIRE

## **INSTRUCTIONS**

This questionnaire is designed to obtain information about you and your background as it relates to your possible service as a fair and impartial juror in this case.  The use of this questionnaire will avoid the necessity of asking each prospective juror these questions in open court and thereby will substantially shorten the jury selection process.  The questions are not asked to invade your privacy, but to help select the best possible jury for this case.  If there is any reason why you might not be able to give both sides a fair trial in this case, it is important that you say so.

All of the information in this questionnaire will be kept confidential.  It will be reviewed only by the court and by the attorneys on each side.  Neither your identities nor your answers will be released to the general public or the media.

Because this questionnaire is part of the jury selection process, it is to be answered under your oath as a prospective juror.  You have a legal obligation to tell the truth.  You may not discuss this case or the questionnaire with anyone,

Juror Number: _____

including your family or other prospective jurors.  It is very important to the jury selection process that your answers be your own.  You also are instructed that, from this time on, you are not to read anything about the case, watch anything on television about the case or listen to anything on the radio about the case.  What you learn about the case you will learn in court only.

Please respond to each question as fully and as completely as you can.  Your complete candor and honesty are necessary so that both the prosecution and the defense will have a meaningful opportunity to select a fair and impartial jury.  Your cooperation is of the utmost importance.  If you require additional space for any of your answers or wish to make further comments, please use the explanation sheets attached to the back of this questionnaire.

Please keep in mind that there are no "right" or "wrong" answers to any question, only truthful or untruthful, complete or incomplete answers.  Truthful answers are required.  The Court may ask you follow-up questions in open court.  Complete answers to the questions contained in the questionnaire are far more helpful than incomplete answers and will help to avoid further questioning in open court.

Please fill out the entire questionnaire.  Do not leave any questions blank.  If a question does not apply to you, please

2

Juror Number: _____

write "N/A" in the space provided for the answer rather than leaving the space blank.

    Please do not forget to affix your Juror Number and date the juror oath which is found at the end of the questionnaire. Please return the questionnaire to the Jury Clerk and you will be further instructed on the date you will return to Court.

<u>PLEASE PRINT YOUR ANSWERS IN BLACK INK.</u>

DATED: _____          _____
                                    HONORABLE CHRISTINA A. SNYDER
                                    United States District Judge

3

Juror Number:  _____

## JUROR QUESTIONNAIRE

**PLEASE MAKE SURE THAT YOUR ANSWERS ARE LEGIBLE
AND ARE WRITTEN IN BLACK INK**

**PERSONAL DATA**

1. Juror Number:  _____

2. Age:  _____

3. Current area of residence:  _____

4. Years at current areas of residence:  _____

5. Marital Status (please check all that apply)

  _____    Single
  _____    Married
  _____    Divorced
  _____    Widowed
  _____    Domestic Partner
  _____    Living with significant other

6. Please list the age, sex, occupation (or area of study)
   of each of your children:

| Age | Sex | Occupation (or area of study) | Marital Status |
|-----|-----|-------------------------------|----------------|
|     |     |                               |                |
|     |     |                               |                |
|     |     |                               |                |
|     |     |                               |                |
|     |     |                               |                |

**EMPLOYMENT**

7. Occupation (last occupation if now retired):

   _____

8. General location of job:  _____

9. Length of time in job: _____

10.  General duties:  _____

11.  Do you have supervisory responsibilities?  _____

4

Juror Number:   _____

12.  What other types of jobs have you held as an adult?
_____
_____
_____

13.  Spouse's/Partner's/Significant Other's Occupation:

_____

14.  If previously married, former spouse's occupation:

_____

15.  If anyone else is living in your home, what is his/her relationship to you and what is his/her occupation?
_____
_____

16.  Have you, any relative, or any close friend sought employment with any local, state or federal law enforcement agency including, but not limited to, the following: any United States Attorney's Office, any District Attorney's Office, the Federal Bureau of Investigation, or any police department?

     Yes  _____     No  _____


     If yes, please explain:
     _____
     _____
     _____

17.  Have you, any relative, or any close friend ever sought employment with the United States government (other than the military)?  Yes_____   No_____

**EDUCATION**

18.  What is the highest level of formal education that you have completed (please list any degrees and the academic field involved, if applicable)?
     _____     0-8 grade
     _____     Some high school
     _____     High school
     _____     Some college
     _____     College

Juror Number:  _____

_____    Some Graduate School
_____    Graduate School
_____
_____

19.  If you are presently a student, what degree(s) are you pursing and what is your current area of study?
_____
_____

20.  Do you have any education or training in the following fields?
_____    Law
_____    Criminal justice
_____    Firearms/ballistics
_____    Narcotics
_____    Criminal street gangs

If yes, please briefly describe training or education:
_____
_____
_____

## MILITARY SERVICE

21.  Have you served in the military forces or reserves?
Yes_____   No_____

If yes, please list?  _____

Branch_____  Final Rank_____  Location _____

Duties_____

Combat? Yes_____    No_____

If yes, please describe _____

When were you discharged? _____

Were you involved with any military law enforcement or administrative boards or hearings? Yes_____   No_____

If so, please describe:_____

6

Juror Number:  _____

**PERSONAL INTERESTS**

22.  How do you keep up with the news? (Check all that apply.)
___ Radio  ___ Television  ___ Newspaper ___Magazines
___ Internet web/blogs/Twitter/Facebook
___ Other _____

23.  Which newspapers do you read, either in print or online?
_____
How often? (Check one.) _____ Regularly _____ Somewhat
_____ A little _____ Not at all
Which parts of the newspaper do you read regularly?
_____

24.  How often do you read the newspaper?
 ___ Everyday ___ Sometimes ___ Never
If you read the paper, what section do you usually read first? _____

25.  What kinds of books do you generally read?
_____

26.  What is the most recent book you have read or are currently reading? _____

27.  What television shows do you watch on a regular basis?
_____

28.  Do you regularly listen to or watch any radio or television news or talk shows?  ___ YES   ___ NO
If YES, which ones?
_____

29.  What Internet or web sites do you frequent?
_____
_____

30.  Have you ever had a blog or followed a blog?
___ YES   ___ NO   If Yes, what was your blog?
_____
 Do you regularly comment on blogs?  ___ YES   ___ NO
If YES, which ones?
_____

7

Juror Number:  _____

31.  Name three people you most admire:
_____   _____   _____

32.  Name three people you least admire:
_____   _____   _____

33.  What do you like to do in your spare time?

_____

34.  Have you ever written a letter to the editor?
____ YES ____ NO
If so, what was the subject of the letter? _____

35.  Would you characterize yourself as a leader or a
follower? _____

36.  What is the most important issue we face today?
_____
_____

**ORGANIZATIONAL AFFILIATIONS**

37.  Do you attend religious services?  Yes_____   No_____

If yes, how often?  _____

38.  Would any of your religious beliefs, moral feelings,
or philosophical principles interfere with your ability
to sit in judgment of another person?
Yes_____   No_____

If yes, please explain:
_____
_____

39.  Please list any civic, social, religious, political,
trade or professional organizations, clubs or
associations to which you presently belong or have
belonged in the past.
_____
_____
_____

8

Juror Number: _____

**NATURE OF CRIME CHARGED AND PRETRIAL PUBLICITY**

In this case, it is alleged that the defendants, some of whom were members of the Mexican Mafia, also known as "Eme," conspired and agreed with each other and others, including members and associates of a drug cartel, known as "La Familia Michocàna, to distribute and possess with the intent to distribute narcotics, as well as to aid and abet the distribution of narcotics by and with members and associates of "La Familia Michocàna."

40. Is there anything about the nature of the charges that give you any concern or would make it difficult for you to sit as a juror in this case?
Yes_____   No_____

If yes, please explain:
_____
_____
_____
_____

41. Do you know, or have you read/heard anything about this case?  Yes_____   No_____

If yes, please explain:
_____
_____
_____
_____

42. The fact that you may have heard about this case will not necessarily disqualify you from serving as a juror in this case.  Both the prosecution and the defense are entitled to twelve impartial jurors.  To the extent you have heard about this case, do you think you can be fair and impartial to both the prosecution and defense?
Yes_____   No_____

43. If you feel that you cannot be fair to either the prosecution or the defense, given what you know, or have heard about this case, please explain:
_____
_____
_____

9

Juror Number:  _____

44.  Are you familiar with the Mexican Mafia, also known as "La Eme?"

          Yes_____   No_____

     If yes, please explain:

     _____
     _____
     _____
     _____

45.  If you are familiar with the Mexican Mafia, is there anything about your knowledge of the Mexican Mafia that would prohibit you from being a fair juror in this case?
          Yes_____   No_____

     If yes, please explain:

     _____
     _____
     _____
     _____

46.  Are you, or have you ever been, a member of the Mexican Mafia, a Hispanic street gang, or any other gang?
          Yes_____   No_____

     If yes, please explain:

     _____
     _____
     _____
     _____

47.  Are any of your close friends or relatives members of the Mexican Mafia, a Hispanic street gang, or any other gang, or have they, at some point in time, ever been members of the Mexican Mafia, a Hispanic street gang, or any other gang?
          Yes_____   No_____

     If yes, please explain:

     _____
     _____
     _____
     _____

10

Juror Number:   _____

48.  Have you, or any close friend or relative, ever been a victim of a crime committed by a member of the Mexican Mafia, a Hispanic street gang, or any other gang?
Yes_____     No_____

If yes, please explain:

_____
_____
_____
_____

49.  Has your life or that of family members or close friends been affected in any way by gang activity?

Yes_____   No_____

If yes, please explain:

_____
_____

50.  Have you seen TV programs or movies about gangs?

Yes_____   No_____

If yes, which ones:

_____
_____

51.  Have you read any books or publications about prison gangs?

Yes_____   No_____

If yes, which ones:

_____
_____

52.  Have you read anything about gangs on the internet?

Yes_____   No_____

If yes, please explain:

_____
_____

Juror Number: _____

53. Have you, any family member or close friends ever taken part in any type of effort or campaign to keep your neighborhood, schools or community free of gangs?

      Yes_____   No_____

    If yes, please explain:

    _____
    _____

54. Do you have any strong opinion about gangs or any one specific gang?

      Yes_____   No_____

    If yes, please explain:

    _____
    _____

55. How do you feel about people who have tattoos?

    _____
    _____

56. To the extent you have feelings of bias and prejudice because of a person's alleged gang affiliation, could you put aside those feelings and decide this case based solely on the evidence presented and not only on the person's gang affiliation?  Yes_____   No_____

    If no, please explain:

    _____
    _____
    _____
    _____

57. Are you familiar with "La Familia Michocàna" or the "Knights Templar" drug cartel?

      Yes_____   No_____

    If yes, please explain:

    _____
    _____
    _____
    _____

Juror Number: _____

58. If you are familiar with La Familia Michocàna, is there anything about your knowledge of La Familia Michocàna that would prohibit you from being a fair juror in this case?        Yes_____  No_____

    If yes, please explain:
    _____
    _____
    _____
    _____

59. Are you, or have you ever been, a member of La Familia Michocàna or any other drug cartel?
        Yes_____  No_____

    If yes, please explain:
    _____
    _____
    _____
    _____

60. Are any of your close friends or relatives members of La Familia Michocàna or any other drug cartel, or have they, at some point in time, ever been members of La Familia Michocàna or any other drug cartel?
        Yes_____  No_____

    If yes, please explain:
    _____
    _____
    _____
    _____

61. Have you, or any close friend or relative, ever been a victim of a crime committed by a member of La Familia Michocàna or any other drug cartel?
        Yes_____  No_____

    If yes, please explain:
    _____
    _____
    _____
    _____

13

Juror Number: _____

62.  It is alleged that the defendants conspired to
     distribute narcotics, namely, methamphetamine and
     marijuana, and possessed them with the intent to
     distribute.  Do you believe that possession or
     distribution of methamphetamine and/or marijuana should
     be legalized under federal law?

            Yes_____   No_____

        If yes, please explain:
        _____
        _____
        _____

63.  Do you believe that the criminal laws of the United
     States relating to marijuana should be abolished or not
     enforced?

            Yes_____   No_____

        If yes, please explain:
        _____
        _____
        _____

64.  Do you believe that, in states where the state laws
     are different from federal law, and the state has chosen
     to abolish certain criminal laws related to recreational
     or medicinal marijuana use, the state laws should control
     rather than the federal laws?

            Yes_____   No_____

        If yes, please explain:
        _____
        _____
        _____
        _____

65.  Do you believe that the drug laws in this country are
     unfair or should be abolished?  Yes_____   No_____

        If yes, please explain:
        _____
        _____
        _____
        _____

14

Juror Number:  _____

66.  Have you or any close friend or relative, had any
     prior experiences with narcotics, such as addiction, that
     would interfere with your ability to be a fair and
     impartial juror in this case?  Yes_____    No_____

        If yes, please explain:
        _____
        _____
        _____
        _____


**PRIOR JURY SERVICE**

67.  Have you ever served on a trial jury before?

        Yes_____    No_____

        If yes, please indicate whether the case was civil or
        criminal, whether the case was in state or federal
        court, and the nature of the case (for example,
        Driving Under the Influence or Breach of Contract).

| Civil/Criminal | State/Federal | Nature of Case |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |


68.  In each of the cases on which you served as a juror,
     did the jury reach a verdict?  Yes_____    No_____

        If no, please explain:
        _____
        _____
        _____
        _____


69.  Have you ever served as a grand juror?

        Yes_____    No_____

        If yes, please state when and where you served.

        _____


15

Juror Number: _____

70. Have you ever served as a jury foreperson?

Yes_____   No_____

71. If you previously served on a jury, is there anything about your past jury service that would make it difficult for you to serve as a juror in this case?

Yes_____   No_____

If yes, please explain:
_____
_____
_____
_____

**ABILITY TO SERVE**

72. Do you have any preplanned vacations or other commitments between March 26, 2019 and April 26, 2019 that would make it difficult for you to serve on the jury?

Yes_____   No_____

If yes, please explain:
_____
_____
_____

73. Do you have any financial hardships that would make it difficult for you to serve on the jury?

Yes_____   No_____

If yes, please explain:
_____
_____
_____

74. Do you have any difficulty understanding written or spoken English?  Yes_____   No_____

75. Do you have any physical limitations, including vision, hearing, or medical problems, that would make it

16

Juror Number: _____

difficult for you to follow the presentation of live
testimony or sit on the jury?   Yes_____   No_____

**THE CRIMINAL JUSTICE SYSTEM AND LAW ENFORCEMENT**

76.   Do you know any person connected to the court system,
such as a lawyer, judge, bailiff, clerk, or court
reporter? Yes_____   No_____

If yes, who are they and where do they work?
_____
_____
_____
_____

77.   Have you, or a close friend or relative, ever worked
at any law enforcement agency, including the United
States Attorney's Office?      Yes_____   No_____

If yes, please explain:
_____
_____
_____
_____

78.   Have you, or a close friend or relative, ever had
dealings with any law enforcement agency, including the
United States Attorney's Office? Yes_____ No_____

If yes, please explain:
_____
_____
_____
_____

79.   Have you, or a close friend or relative, ever been the
subject of a criminal investigation?
Yes_____   No_____

If yes, please explain:
_____
_____
_____

17

Juror Number: _____

80. Have you, or a close friend or relative, ever been arrested, charged, indicted, or convicted of any crime? Yes_____   No_____

  If yes, please explain:
  _____
  _____
  _____

81. Have you, or a close friend or relative, ever been the victim of a crime, whether or not it was reported to law enforcement?   Yes_____ No_____

  If yes, please explain:
  _____
  _____
  _____

82. If you, or a close friend or relative, were the victim of a crime, were there court proceedings?
    Yes_____   No_____

83. Do you that feel you, or the victim, if a close friend or relative, were treated fairly by the criminal justice system?   Yes_____ No_____

  If no, please explain:
  _____
  _____
  _____

84. Have you, or a close friend or relative, ever testified in any legal proceedings?              Yes_____
    No_____

85. Is there anything about that experience which would affect your ability to be fair and impartial in this case?   Yes_____   No_____

  If yes, please explain:
  _____
  _____
  _____

18

86.   You may hear testimony in this case from employees of
      the United States Bureau of Prisons and the California
      Department of Corrections and Rehabilitation; officers of
      the Pasadena Police Department and Glendale Police
      Department; deputies from the Los Angeles County
      Sheriff's Department and Ventura County Sheriff's
      department; and special agents from the Federal Bureau of
      Investigation (FBI), the Bureau of Alcohol, Tobacco,
      Firearms and Explosives (ATF), and the Drug Enforcement
      Administration (DEA).  Is there anything you may have
      experienced, seen, heard, or read that would prevent you
      from fairly and impartially assessing the credibility of
      the officers and special agents who may testify in this
      case?
            Yes_____   No_____

      If yes, please explain:
      _____
      _____
      _____

87.   Have you, or a close friend or relative, ever had a
      positive or negative experience with law enforcement such
      that you would treat the testimony of a law enforcement
      witness differently than any other witness?  Yes_____
      No_____

      If yes, please explain:
      _____
      _____
      _____
      _____

88.   Do you have strong opinions or feelings about the
      criminal justice system that will interfere with your
      ability to be a fair and impartial juror in this case?
      Yes_____     No_____

      If yes, please explain:
      _____
      _____
      _____
      _____

Juror Number:  _____

89. Have you ever done any work related to the prosecution or defense of criminal cases?  Yes_____   No_____

If yes, please explain:

_____
_____
_____
_____

90. Have you ever supported or belonged to any group or organization that is concerned with crime prevention or victims' rights, including (but not limited to) Neighborhood Watch, M.A.D.D., or Justice for Homicide Victims?  Yes_____   No_____

If yes, please explain:

_____
_____
_____

91. Under our Constitution, in a criminal case, a defendant has no obligation to put on any evidence, or testify on his own behalf.  Would you have any difficulty accepting and applying this rule of law?  Yes_____ No_____

If yes, please explain:

_____
_____
_____

**VIEWS REGARDING TYPES OF EVIDENCE THAT MAY BE PRESENTED**

92. If you are selected as a juror in this case, you will be a judge of the facts of the case.  You may hear conflicting versions of the facts and then decide who and what to believe.  Are you willing to resolve conflicts in the evidence and decide which witnesses should be believed and which witnesses should not?  Yes_____ No_____

If no, please explain:

_____
_____
_____

20

Juror Number: _____

93.  You may hear evidence that a witness has been
     convicted of a felony.  Do you think you will
     automatically disbelieve the testimony provided by such a
     witness simply because that witness has a prior felony
     conviction?  Yes_____  No_____

        If yes, please explain:
        _____
        _____
        _____

94.  You may hear testimony from accomplices or cooperating
     witnesses, who may hope for sentencing reductions or
     concessions in exchange for their testimony.  Do you have
     any strong feelings about the use of such testimony?

            Yes_____  No_____

        If yes, please explain:
        _____
        _____
        _____

95.  You may hear testimony from confidential informants,
     that is, persons who are not members of law enforcement,
     but are paid by law enforcement to assist in the
     investigation of criminal activities.  Do you have strong
     feelings about the use of confidential informants?
     Yes_____     No_____

        If yes, please explain:
        _____
        _____
        _____

96.  Do you have any concerns about the government using
     various means of surveillance, including court-approved
     telephone wiretaps, to conduct its investigations?
     Yes_____  No_____

        If yes, please explain:
        _____
        _____
        _____

21

Juror Number: _____

97.  You may see and hear recordings of conversations with
the defendants that were recorded without the defendants'
knowledge.  Do you have any feelings about the use of
such recordings that would influence your ability to be a
fair and impartial juror in this case?      Yes_____
No_____

If yes, please explain:

_____
_____
_____

98.  You may hear testimony that a witness or defendant may
be a citizen of another country and/or present in the
United States illegally.  Do you have strong feelings
about this issue that would affect your ability to be a
fair and impartial juror?   Yes_____   No_____

If yes, please explain:

_____
_____
_____

**KNOWLEDGE OF PARTICIPANTS**

99.  Please review the names on Exhibit "A," which is
attached to the end of this questionnaire.  Do you know
(please circle):

Defendant(s):         Yes              No

Prosecutor(s):        Yes              No

Witness(es):          Yes              No

Defense Counsel:      Yes              No

If you know any of the trial participants, please
circle their names on Exhibit "A," which is located on
the last page of this questionnaire.

100. Do you know any of your fellow jurors here today?
Yes_____     No_____

101. If so, who do you know?  _____

**ROLE OF THE JURY**

102. The jurors who hear this case will be instructed that
they must set aside any opinions they had about the case

22

before trial, and must base their opinions solely on the evidence presented in court.  Do you believe you can do this?  Yes_____   No_____

If no, please explain:

_____
_____
_____
_____

103. If the judge gives you an instruction in the law that differs from your personal beliefs or opinions will you agree to set aside your personal beliefs and opinions and follow the judge's instructions?  Yes_____ No_____

If no, please explain:

_____
_____
_____
_____

104. The potential punishment for the charged offense in this case should never be considered by the jury in any way in arriving at an impartial verdict as to the guilt or innocence of the accused.  Will you put aside any concerns about potential punishment in arriving at a fair and impartial verdict in this case?        Yes_____ No_____

If no, please explain:

_____
_____
_____
_____

105. If you are chosen as a juror, do you promise to freely discuss the law and the evidence with your fellow jurors in the jury room, during deliberations, in an effort to reach a verdict?  Yes_____  No_____

If no, please explain:

_____
_____
_____
_____

Juror Number: _____

106. Do you agree that it is important that each juror respect the views and opinions of other jurors who may hold different views and opinions of the evidence during deliberation?  Yes_____     No_____

    If no, please explain:

    _____
    _____
    _____
    _____

107. Will you have any difficulty respecting the views and opinions of other jurors who may disagree with your views and opinions of the evidence should you be selected to serve?  Yes_____  No_____

    If no, please explain:

    _____
    _____
    _____
    _____

**CONCLUDING QUESTIONS**

108. Understanding that jury service is an honor, as well as a duty, is there any reason why you would prefer not to serve as a juror in this case?
    Yes_____   No_____

    If yes, please explain:

    _____
    _____
    _____

109. If you feel that you cannot be fair to either the prosecution or the defense, please explain:

    _____
    _____
    _____

110. Is there anything that you would like to bring to the Court's attention that might, in any way, affect your ability to be a fair and impartial juror in this case?
    Yes_____      No_____

24

Juror Number:   _____

If yes, please explain:

_____
_____
_____
_____

111. Now that you have answered all of these questions, are
     you willing to serve as a juror on this case?
     Yes_____    No_____

     If no, please explain:

_____
_____
_____
_____

**JUROR'S OATH**

I declare, under penalty of perjury, that all of my answers

to this questionnaire are true and correct to the best of my

knowledge.

Executed in Los Angeles, California, this _____ day of

March, 2019.

_____
Juror Number

25

Juror Number: _____

**EXHIBIT A**

| Defendants: | Potential Witnesses: |
|---|---|
| • Jose Rodriguez-Landa | • TO BE DETERMINED |
| • Fred Anthony Montoya | |
| • Luis Gerardo Vega | |
| • Manuel Larry Jackson | |
| • Sonia Apodaca | |
| Prosecutors: | |
| • J. Mark Childs | |
| • Christopher C. Kendall | |
| • Michael G. Freedman | |
| Defense Counsel: | |
| • Carlo A. Spiga | |
| • Nicholas Maurice Rosenberg | |
| • Carlos N. Iriarte | |
| • Mark Windsor | |
| • Amy E. Jacks | |
| • Humberto Diaz | |

26