# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – GENERAL      'O'

| Case No. | 2:13-cr-00484-CAS – 1, 3, 5, 6 & 10 | Date | April 30, 2019 |
|---|---|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER | | |
| Interpreter | N/A | | |

| Catherine Jeang | Not Present | J. Mark Childs, Not Present<br>Christopher Kendall, Not Present<br>Michael Freedman, Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder, Tape No.* | *Assistant U.S. Attorneys* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App | Ret. |
|---|---|---|---|---|---|---|---|
| Jose Rodriguez-Landa | NOT | X | | Carlo Spiga | NOT | | X |
| | | | | Nicholas Rosenberg | NOT | | X |
| Fred Anthony Montoya | NOT | X | | Carlos Iriate | NOT | X | |
| Luis Gerardo Vega | NOT | X | | Mark Windsor | NOT | X | |
| Manuel Larry Jackson | NOT | X | | Amy Jacks | NOT | X | |
| Sonia Apodaca | NOT | | X | Humberto Diaz | NOT | X | |

**Proceedings:** (IN CHAMBERS) - DEFENDANT JACKSON'S ORAL MOTION TO DISMISS COUNT 6 OF THE INDICTMENT, PURSUANT TO RULE 29 (Argument given on April 26, 2019)

DEFENDANT RODRIGUEZ-LANDA'S ORAL MOTION TO DISMISS COUNT 1 OF THE INDICTMENT, PURSUANT TO RULE 29 (Argument given on April 26, 2019)

In July 2013, a grand jury indicted defendants Jose Rodriguez-Landa ("Rodriguez-Landa"), Fred Anthony Montoya ("Montoya"), Luis Gerardo Vega ("Vega"), Manuel Larry Jackson ("Jackson"), and Sonia Apodaca ("Apodaca") on one count of conspiracy with each other to: (1) possess with intent to distribute at least 50 grams of methamphetamine, or at least 500 grams of a mixture of substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii); (2) distribute at least 50 grams of methamphetamine, or at least 500 grams of a mixture of substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii); (3) possess with intent to distribute at least 100 kilograms of a mixture or substance containing a detectable amount of marijuana, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(vii); and (4) distribute at least 100 kilograms of a mixture or substance containing a detectable amount of marijuana, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(vii) (Count One).

Dkt. 1 ("Indictment") at 6–7.[1] The indictment also charges several defendants with discrete drug offenses, all of which are identified as overt acts in furtherance of the conspiracy alleged in Count One, and the Indictment also seeks forfeiture pursuant to 21 U.S.C. § 853. See generally id. In brief, the Indictment alleges that members of La Familia Michoacán drug cartel ("La Familia" or "LFM") and the Mexican Mafia conspired to operate "the Project," an alliance through which La Familia agreed to provide drugs and money to the Mexican Mafia and, in exchange, the Mexican Mafia agreed to (1) distribute La Familia drugs through its street gang networks, (2) collect La Familia debts, and (3) provide protection to incarcerated La Familia members.

On April 26, 2019, defendant Jackson moved orally for a judgment of acquittal as to Count Six of the indictment, which charges Jackson with aiding and abetting the possession with intent to distribute approximately 872 grams of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2(a). Jackson reserved his right to later file additional motions under Rule 29 as to additional charged counts. That same day, defendant Rodriguez-Landa also moved orally for judgment of acquittal as to the sole count charged against him, conspiracy to distribute and possess with intent to distribute methamphetamine and marijuana, in violation of 21 U.S.C. § 846. The government filed oppositions to the oral motions on April 29, 2019. Dkts. 1174, 1175.

Under Federal Rule of Criminal Procedure 29(b), "[t]he court may reserve decision on the motion, proceed with the trial (where the motion is made before the close of all the evidence), submit the case to the jury, and decide the motion either before the jury returns a verdict or after it returns a verdict of guilty or is discharged without having returned a verdict." Fed. R. Crim. P. 29(b). Having read the government's brief and considered the oral argument of counsel for defendants Jackson and Rodriguez-Landa, the court hereby **RESERVES** judgment until after the jury returns its verdict.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Deputy Clerk | | CMJ | |

---

[1] The indictment also named as defendants Jimmy Ruben Soto, Raymond Lozano, Claudia Garcia, Adam Rios, Omar Hugo Robles, Freddie Montes, Michael Moreno, and Efrain Isak Rosales. Six of these defendants have entered pleas; the seventh's case has been severed; the eighth is currently a fugitive.